UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61499-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Petitioner,

vs.

BENNIE T. HARRIS,

    Respondent.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Motion to Dismiss With Prejudice, filed herein on October 14, 2008. [DE-5].  The Court has carefully considered the Motion, construes it as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and is otherwise fully advised in the premises.  The Court notes that Petitioner indicates that on October 10, 2008 Respondent provided the IRS with the information it sought in its March 7, 2008 summons.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Dismiss With Prejudice [DE-5] is hereby **GRANTED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The hearing scheduled for Monday, November 10, 2008 at 9:00 a.m. is hereby **CANCELLED**.

4. The Clerk shall deny any pending motions as moot.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
David I. Mellinger, AUSA

Bennie T. Harris
2843 S.W. 5th Street
Fort Lauderdale, FL 33312